[No. 17530–1–I.   Division One.   March 25, 1987.]

OLYMPIC PREFABRICATORS, INC., *Appellant,* v. METAL FOAM
INDUSTRIES, *Respondent,* CHINOOK ARCHITECTURAL
AND CONSTRUCTION INDUSTRIES, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–07416–7, Frank H. Roberts, Jr., J.,
entered November 21, 1985. *Reversed* by unpublished
opinion per Durham, J. Pro Tem., concurred in by Agid
and Revelle, JJ. Pro Tem.

[No. 8950–5–II.   Division Two.   March 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JEFFREY CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 85–1–00077–1, James D. Roper, J., entered
May 30, 1985. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8847–9–II.   Division Two.   March 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MICHAEL McCLUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–01882–0, Arthur W. Verharen, J., entered
May 29, 1985. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Reed, C.J., and Alexander, J.